UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JASON R. CALHOUN,

    Petitioner,

vs.                                       Civil Action 2:15–cv–3026
                                             Judge MICHAEL H. WATSON
                                             Magistrate Judge King

WARDEN, LONDON CORRECTIONAL
INSTITUTION,

    Respondent.

## ORDER

On March 8, 2017, the Magistrate Judge recommended that this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. *Report and Recommendation*, ECF No. 10. Although the parties were advised of the right to object to that recommendation and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation*, ECF No. 10, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT